# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Ronald Glen Davis, | Case No. 25-cv-1670 (KMM/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| B. Eischen, | |
| Respondent. | |

Before the Court is the May 27, 2025 Report and Recommendation ("R&R") of United States Magistrate Judge Douglas L. Micko. R&R, ECF No. 4. The R&R recommends that Petitioner Ronald Glen Davis's matter [ECF No. 1] be dismissed without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute.

The Court reviewed the BOP's website, which indicated that Mr. Davis had been transferred to FPC-Yankton and likely did not receive the R&R. The Court mailed the R&R to Mr. Davis' new address on June 25, 2025. Mr. Davis has not objected to the R&R, and the time to do so has passed.

In the absence of timely objections to the R&R, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Douglas L. Micko's May 27, 2025 R&R [ECF No. 4] is **ACCEPTED**; and

2. Petitioner Ronald Glen Davis's Petition [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment be entered accordingly.**

Date: August 12, 2025                      *s/Katherine Menendez*

                                           Katherine Menendez
                                           United States District Court